THE HECLA CONSOLIDATED GOLD MINING COMPANY, Respondent, *v.* WILLIAM LANE O'NEILL, Appellant.

Mem. of decision below, 67 Hun, 652.
(Argued November 27, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 17, 1893, which affirmed a final judgment of the Special Term entered May 16, 1892, upon an interlocu-

tory judgment entered April 2, 1892, sustaining a demurrer by plaintiff to defendant's answer and counterclaim.

*William Lane O'Neill* for appellant.

*J. Noble Hayes* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.